**GASTON et v MOORE et**

**MOORE, Admrx' v MOORE et**

Ohio Appeals, 1st Dist, Butler Co
Decided December 1, 1930

For full opinion see 176 NE 483; '38 Oh
Ap 403 (Oh Bar 8-11-31).

**PETITT v MORTON, et**

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided June 2, 1930

For full opinion see 176 NE 494; 38 Oh Ap
348 (Oh Bar 8-4-31).